GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorneys for Defendant the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRITTNEY HARRIS, | NO. EDCV 07-1468-RJB(OPx) |
|     Plaintiff, | |
| v. | ORDER APPROVING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
|     Defendant. | Hon. Robert J. Bryan<br>U.S. District Judge |

    Finding good cause, the Court HEREBY APPROVES the parties' Joint Stipulation dismissing this action in its entirety with prejudice.

    IT IS SO ORDERED.

    Dated this 25th day of January, 2010.

*[signature]*
Robert J. Bryan
United States District Judge

Presented by:

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


    /S/
IRA A. DAVES
Assistant United States Attorney
Attorneys for Defendant